IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA WHITE, | ) |
| | ) Case No. 8:10-cv-00383 |
| Plaintiff, | ) |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| COUNTY OF CLAY, a Body Public, and | ) |
| JEFF FRANKLIN, | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on the Motion to Withdraw filed by Joshua C. Dickinson and Spencer Fane Britt & Browne LLP (Document #19). On the representation that the defendants continue to be represented by counsel, the Court finds the Motion should be granted.

IT IS ORDERED:

1. Joshua C. Dickinson and Spencer Fane Britt & Browne LLP are allowed to withdraw as counsel for Defendants County of Clay and Jeff Franklin in the above case.

2. The Clerk of Court shall stop all electronic notices to Joshua C. Dickinson and Spencer Fane Britt & Browne LLP regarding this case.

DATED this 3rd day of June, 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge