\IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANNA WHITE, | ) | Case No. 8:10CV383 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| COUNTY OF CLAY, A Body Public, and JEFF FRANKLIN, | ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Pamela Bourne, counsel for Defendants,

**IT IS ORDERED:**

1. On or before **July 7, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The pretrial conference with the undersigned, set for December 20, 2011, is cancelled upon the representation that this case is settled.

Dated this 7th day of June 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge