# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANNA WHITE, | CASE NO. 8:10CV383 |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| COUNTY OF CLAY, a Body Public, and JEFF FRANKLIN, | |
| Defendants. | |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 24). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees, complete record waived. Accordingly,

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 24) is approved;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees, complete record waived.

Dated this 1st day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge